BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOSIF CUC, | No. 2:10-cv-3354 GEB EFB |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties stipulate to a 30-day extension of time in which to file both the government's answer to the complaint and the joint status report, as the parties explore the possibility of a resolution at the administrative level.

    The parties therefore stipulate that the time for filing the government's answer be extended to May 2, 2011, and that the scheduling conference, currently set for April 25, 2011, be reset to sometime after the new answer due date.

Dated: March 29, 2011

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                   By:    /s/Audrey Hemesath
                          Audrey B. Hemesath
                          Assistant U.S. Attorney
                          Attorneys for the Defendants

By: /s/ Audra Rose Behne
Audra Rose Behne
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on May 2, 2011, and that the scheduling conference is reset to June 13, 2011, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge